United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3746

_____

Sayed Ali, and All Others Similarly Situated

*Plaintiff - Appellant*

v.

Shelter Mutual Insurance Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: June 28, 2022
Filed: July 1, 2022
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Arkansas resident Sayed Ali appeals following the district court's[1] adverse grant of summary judgment and denial of his motion to

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

certify a question to the Arkansas Supreme Court. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. *See Great Lakes Ins. SE v. Andrews*, 33 F.4th 1005, 1008 (8th Cir. 2022) (reviewing grant of summary judgment de novo). Additionally, we conclude that the district court did not abuse its discretion in denying Ali's motion to certify a question to the Arkansas Supreme Court. *See Anderson v. Hess Corp.*, 649 F.3d 891, 895 (8th Cir. 2011) (abuse of discretion review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____